IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

DAVID K. MITSOFF,              :

    Plaintiff,

v.                              :     Case No. 3:12-cv-46

COMMISSIONER OF SOCIAL         :      JUDGE WALTER H. RICE
SECURITY,

    Defendant.                 :

---

DECISION AND ENTRY ADOPTING UNITED STATES MAGISTATE JUDGE'S REPORT AND RECOMMENDATION (DOC. #22) IN ITS ENTIRETY; SUSTAINING PLAINTIFF'S MOTION REQUESTING APPROVAL OF JOINT STIPULATION (DOC. #21); AWARDING PLAINTIFF $2,807.00 IN FEES AND COSTS UNDER THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)

---

Based on the reasoning and citations of authority set forth by United States Magistrate Judge Michael J. Newman, in his Report and Recommendation, filed August 1, 2013 (Doc. #22), as well as upon a thorough *de novo* review of this Court's file and the applicable law, this Court ADOPTS said judicial filing in its entirety. The Court notes that no objections have been filed by either party within the time allotted.

Plaintiff's Motion Requesting Approval of Joint Stipulation (Doc. #21) is SUSTAINED, and Plaintiff is AWARDED $2,807.00 in fees and costs under the Equal Access to Justice Act, 28 U.S.C. 2412(d).

This case shall remain terminated upon the Court's docket.

Date: August 20, 2013

*(signature)*

WALTER H. RICE
UNITED STATES DISTRICT JUDGE